UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
|     - v. - : | **ORDER** |
| HARRY VARGAS, : | S1 07 Cr. 1099 |
|     a/k/a "Mo," | |
|     a/k/a "Peter Perez," : | |
|     a/k/a "P Murder," | |
|     a/k/a "Dough Boy," | |
| DANNY CHOU, | |
|     a/k/a "Chino," | |
| SALEM LNU, | |
| BENJAMIN RIVERA, | |
|     a/k/a "Papo," | |
| CHRISTIAN SALAS, | |
| LOUIS MORAN, | |
|     a/k/a "Flaco," : | |
|                    Defendants. : | |

- - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 8 2007

      Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Todd Blanche;

      It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

      ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
      December 18, 2007

                                                  /s/ Ronald
                                  UNITED STATE MAGISTRATE JUDGE