UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
against

MOHAMMAD QUERESHI

(Alias) Salem LNU

Please PRINT Clearly

07 Cr. 1099 (NRB)
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF APPEARANCE**

TO:  **CLERK OF COURT S.D.N.Y.**

SIR:  YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS  (Please check one)

1. [  ] CJA     2. [✓] RETAINED     3. [  ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [  ] NO   [✓] YES - IF YES GIVE YOUR DATE OF
ADMISSION. MO. 3    YR. 73

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE_____ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK

SIGNATURE Neil B. Checkman
PRINT THE FOLLOWING INFORMATION CLEARLY
Neil B. Checkman
Attorney for Defendant

Firm name if any
111 Broadway, Suite 1305
Street address
New York, NY 10006
City                State        Zip
212-264-9940
Telephone No

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JAN 2 2 2008

NOTE:  PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186